# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1680 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| WEXFORD HEALTH SOURCES, INC., *et.al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Eddy's Orders dated January 31, 2018 (Doc. 147) and February 26, 2018 (Docs. 163 and 164) were neither clearly erroneous nor contrary to law. See generally Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings). Accordingly, Plaintiff's Appeal (Doc. 168) is DENIED, and Judge Eddy's ruling is AFFIRMED.

IT IS SO ORDERED.

April 24, 2018

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

ALTON D. BROWN
DL-4686
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999