IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 16-cv-1680 |
| | ) |
| WEXFORD HEALTH SOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72. Judge Eddy issued a Report and Recommendation filed November 15, 2021, recommending that Mr. Brown's Motion for a Temporary Restraining Order and a Preliminary Injunction be granted insofar as Mr. Brown requested the reinstatement of his prescribed daily high protein diet snack bag that was discontinued on September 15, 2021. ECF No. 350. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, objections to the Report and Recommendation were due by November 30, 2021 for electronic filers and by December 3, 2021 for Mr. Brown. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of December 2021,

IT IS ORDERED that the Report and Recommendation, ECF No.350, filed on November 15, 2021, by Magistrate Judge Eddy, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Mr. Brown's Motion for a Temporary Restraining Order and a Preliminary Injunction (ECF No. 333) is GRANTED. Defendants are hereby ORDERED to resume providing Mr. Brown with the daily high protein diet snack bag that was discontinued on September 15, 2021.

    s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc:    ALTON D. BROWN
DL-4686
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450-1050
(via U.S. First Class Mail