IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 16-cv-1680 |
| | ) |
| WEXFORD HEALTH SOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Before the Court is Alton D. Brown's Motion for Reconsideration of this Court's Memorandum Order (ECF No. 408) denying Mr. Brown's Appeals of two of the Magistrate Judge's Orders.  ECF No. 409.  Mr. Brown appealed the Magistrate Judge's order administratively closing the case pending the filing of Mr. Brown's Omnibus Response to Defendants' Motions for Summary Judgment, and the Magistrate Judge's order limiting Mr. Brown's Omnibus Response to forty pages.

Mr. Brown argues that in the Court's Memorandum Order,  this Court failed to address all of the arguments presented on Appeal.  The Court's duty on such Appeals is solely to determine whether the Magistrate Judge's Order is clearly erroneous, contrary to law, or an abuse of discretion.  In performing this task, the Court considered the arguments presented in Mr. Brown's initial Appeals.  Presently, the Court has considered Mr. Brown's arguments in his Motion for Reconsideration.  Mr. Brown presents no reason for the Court to reconsider its prior decision denying the Appeals.  Therefore, the Motion for Reconsideration will be denied.

2

AND NOW, this 25th day of October, 2022, it is hereby ORDERED that Mr. Brown's Motion for Reconsideration of this Court's Memorandum Order denying Mr. Brown's Appeals from two of the Magistrate Judge's Orders (ECF No. 408) is DENIED.

                                                                           s/*Marilyn J. Horan*
                                                                           Marilyn J. Horan
                                                                           United States District Court Judge

cc:     Alton D. Brown, pro se
          DL-4686
          SCI Fayette
          48 Overlook Drive
          LaBelle, PA 15450-1050